UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CONNIE LEWIS,                                                                                              Plaintiff,

v.                                                                        Civil Action No. 3:21-cv-04-DJH-RSE

LEADEC CORP.,                                                                                           Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 19) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

July 6, 2021

David J. Hale, Judge
United States District Court

1